UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:16-CV-00289-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br> Plaintiff, ) <br> v. ) <br>  ) <br> ANTHONY HICKS, ) <br>  ) <br> Defendant. ) | ENTRY OF DEFAULT |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named defendant, Anthony Hicks, having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant.

This 22nd day of November, 2016.

_____
Julie Richards Johnston, Clerk
United States District Court