UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CV-00289-FL

|                            |   |                  |
|----------------------------|---|------------------|
| UNITED STATES OF AMERICA,  | ) |                  |
|                            | ) |                  |
| Plaintiff,                 | ) | DEFAULT JUDGMENT |
|                            | ) |                  |
| v.                         | ) |                  |
|                            | ) |                  |
| ANTHONY HICKS,             | ) |                  |
|                            | ) |                  |
| Defendant.                 | ) |                  |

UPON CONSIDERATION OF the Plaintiff's Motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendant for failure of answer and in favor of Plaintiff, the United States of America, for damages in the amount of $236,610.48 and for civil penalties in the amount of $390,500.00, together with present and future costs and disbursements incurred by Plaintiff in this action.

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the rate of ___.81_____%.

This _29th_ day of _____November___, 2016.

_____
                                  LOUISE W. FLANAGAN
                                  UNITED STATES DISTRICT JUDGE